[Civil No. 1062.  Filed March 20, 1909.]

[100 Pac. 777.]

OLD DOMINION MINING AND SMELTING COMPANY, a Corporation, Plaintiff and Appellant, v. GILA COUNTY and W. W. BROOKNER, Treasurer and Ex Officio Tax Collector of Gila County, Defendants and Appellees.

APPEAL from a judgment of the District Court of the Fifth Judicial District, in and for the County of Gila. Frederick S. Nave, Judge. Affirmed.

Herring, Sorin & Ellinwood, for Appellant.

E. S. Clark, Attorney General, for Appellees.

SLOAN, J.—The facts in this case are similar to those shown by the record in the case of the *United Globe Mines* v. *Gila County and W. W. Brookner, as Tax Collector* (decided at this term of court) *ante,* p. 217, 100 Pac. 774, and for the reasons set forth in the opinion in that case the judgment of the trial court is affirmed.

KENT, C. J., and DOAN and CAMPBELL, JJ., concur.